MITCHELL SUMPTER
    Plaintiff,

GEORGETOWN COUNTY
DETENTION CENTER
Et Al    Defendants,

8:14-CV-00180-JFA-JDA

IN THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF SOUTH
CAROLINA

NOTICE OF MOTION
FOR DECLARATORY JUDGMENT
AND SWORN AFFIDAVIT

RECEIVED USDC. CLERK GREENVILLE, SC
2014 MAR 31 PM 12:58

Plaintiff, MITCHELL SUMPTER, PRO SE, hereby MOVES before This HONORABLE COURT PURSUANT to the United STATES Federal Rules of Civil Procedure (Rule 57.) Declaratory Judgment.

Plaintiff is a Detainee confined at the Georgetown County Detention Center for serval pending criminal charges & have pending civil suits. Plaintiff is Demanding that his "1st" FIRST AMENDMENT is upheld by a matter of LAW... Sumpter states that he is without FUNDS, Therefore, he is INDIGENT. That he is only allow "two" letters per week Regardless if they are Legal, Personal, or Religion... Also Sumpter states that he is being Denied his First Amendment because he cannot Petition the Government for a Redress of Grievances, He cannot Prepare himself for Court Do to the Lack of

1 of 3

8:14-CV-00180-SFAJDA

"EQUIPMENT" &/or material such as a Law Library, and mostly a Reference Cart. Sumpter states that without a Reference Cart equip with Regulated Statutes, Laws, Rules & Codes of State, Federal, "ONE" is Lost In the System & therefore he can-not show/cite In Reference to any of his claims or able to defend himself In his criminal cases.

Plaintiff, Sumpter, Furthermore states that ONE is dumb to the Law/Handicap & can-not speak the Langage nor has any understanding of.. And without The Right of A Law Library, or Reference Cart, & only allowed "two" Letters per week his "First Amendment" is violated & that this Court has the Power & Duty to uphold his Gauranteed Rights..

Plaintiff is Requesting that this honorable Court may order a Speedy hearing of a declaratory-judgment action.. That Plaintiff Receives Full access to the Courts & Release from custody if not Fulfilled within "30" days of this Motion & A Sum of "100 Thousand" ONE hunreded Thousand Dollars Paid to the Plaintiff for the violation of his "1st" Amendment

2 of 3

8:14-CV-00180-JFA-JDA

Rights.

March 24th 2014

_Mitchell G. Sumpter_
Mitchell Sumpter
2394 Browns Ferry Rd.
Georgetown, S.C. 29440