8:14-CV-00180-JFA-JDA

## Sworn Affidavit

(1) My name is Mitchell Sumpter, who is Pro Se, being housed a Georgetown County Detention Center & being denied full access to the Courts.

(2) That I have serval pending criminal charges & civil suits pending.

(3) That I'am only allow '2' letters per week, 10 days → Reguardless of their nature.

(4) That there is no law library or reference cart here at G.C.D.C.

(5) That without a Reference Cart, I'am handicap to the law & can-not speak the lanage nor relate to the courts.

(6) That now that G.C.D.C. is aware of my law suit, "They deny me any & all assistance".

(7) That I Mitchell Sumpter swear that the above is the truth to the best of my knowlede. March 24th, 2014.

Mitchell Sumpter
2394 Browns Ferry Rd,
Georgetown, SC, 29440