8:14-CV-00180-JFA-JDA

**GEORGETOWN COUNTY DETENTION CENTER**
**INMATE GRIEVANCE/REQUEST FORM**

Exhibit A

DATE: 3/4/2014

NAME: MITCHELL Sumpter    HOUSING UNIT: F-5

TO: CAPT. WINEGLASS

DESCRIPTION OF COMPLAINT:

WHY AM I BEING DENIED ACCESS TO THE COURTS? I HAVE NO FUNDS IN MY ACCOUNT → THIS MAIL IS Address TO THE U.S. District Court. It had A Deadline For March 3rd, 2014. By Law, It is my RIGHT → You CAN-NOT DENY ME OR Limit how much LEGAL Mail I Address TO The COURTS. I NEED THIS Mail To be Mail off &Log. *only 2 Personal Letters Per week CAN Be limited.

GRIEVANT'S SIGNATURE: Mitchell Sumpter

RESPONSE:

No I can't if you are pending your own picture but you are not (see attachment)

*you are not being denied

*you are only allowed to send out (2) indigent mail per week. the other (2) were mailed

RESPONSE COMPLETED BY: W

DATE: 3/4/14

INSTRUCTIONS: WRITE CLEARLY AND GIVE ALL NECESSARY INFORMATION TO INSURE PROPER FOLLOW-UP. A STAFF MEMBER WILL COMPLETE EACH REQUEST AND A COPY OF THE RESPONSE WILL BE RETURNED TO YOU. ALL GRIEVANCES MUST BE FILED WITHIN (48) HOURS OF THE INCIDENT. ALLOW (72) HOURS FOR A REPLY.

8:14-CV-00180-JFA-JDA

M. Sumpter F3

Exhibit B

**INDIGENT FUNDS:**

IF YOU ARE WITHOUT FUNDS AND HAVE A CURRENT BALANCE OF (0) DOLLARS IN YOUR ACCOUNT, YOU MAY REQUEST AN INDIGENT KIT. YOU WILL BE ALLOWED TO MAIL OUT (2) LETTERS PER WEEK

HAVING AN INDIGENT BALANCE FOR (30) DAYS WILL ALLOW YOU TO QUALIFY FOR A LARGE HYGIENE KIT.

ALL DISTRIBUTION OF INDIGENT KITS WILL BE DOCUMENTED.

INMATES THAT RECEIVE MONEY IN THEIR ACCOUNTS ON A REGULAR BASIS ARE NOT CONSIDERED AN INDIGENT INMATE.

IF AN INMATE RUNS OUT OF MONEY BECAUSE HE OR SHE HAS A ZERO BALANCE FROM ORDERING CANTEEN, HE OR SHE IS NOT CONSIDERED AN INDIGENT INMATE

**GENERAL RULES OF CONDUCT:**

YOU HAVE RESPONSIBILITIES TO YOURSELF, OTHER INMATES AND STAFF MEMBERS. YOU ARE EXPECTED TO MAINTAIN YOUR HOUSING AREA IN A NEAT, CLEAN AND ORDERLY MANNER AND RETAIN IN YOUR POSSESSION ONLY AUTHORIZED ITEMS.

YOU ARE EXPECTED TO REMAIN WITHIN YOUR ASSIGNED HOUSING AREA UNLESS YOU ARE CALLED TO PARTICIPATE IN RELIGIOUS SERVICES, COURT ETC.

YOU ARE EXPECTED TO UNDERSTAND AND COMPLY WITH THE FACILITY RULES.

**INMATE CONTRABAND:**

POSSESSING OR BRINGING CONTRABAND INTO THE DETENTION CENTER IS A VIOLATION OF STATE LAW.

ANY ITEMS WHICH DETAILS WEAPONS OR EXPLOSIVES MANUFACTURING OR GIVES INFORMATION WHICH COULD AID IN PLANNING OR ATTEMPTING AN ESCAPE OR PRODUCING ANY ITEM WHICH COULD INJURE ANOTHER WILL BE CONSIDERED CONTRABAND AND CONFISCATED.

8:14CV00180-JFA-JDA

Exbit C

## GEORGETOWN COUNTY DETENTION CENTER
## INMATE GRIEVANCE/REQUEST FORM

DATE: 12/28/2013

NAME: Mitchell Sumpter    HOUSING UNIT: C-3

TO: SGT. CLANEY

DESCRIPTION OF COMPLAINT:

LT. Claney - I am Requesting (6) six legal envelopes for mailing of Loyalties ASAP please 12/inch white envelopes. & 2 reg envelopes for family & friends.

GRIEVANT'S SIGNATURE: Mitchell Sumpt

RESPONSE: We don't give 6 envelopes out at one time if you have no money we only mail 2 letters out every 10 days so you only get 2 envelopes at one time

RESPONSE COMPLETED BY: Claney

DATE: 1.2.14

INSTRUCTIONS: WRITE CLEARLY AND GIVE ALL NECESSARY INFORMATION TO INSURE PROPER FOLLOW-UP. A STAFF MEMBER WILL COMPLETE EACH REQUEST AND A COPY OF THE RESPONSE WILL BE RETURNED TO YOU. ALL GRIEVANCES MUST BE FILED WITHIN (48) HOURS OF THE INCIDENT. ALLOW (72) HOURS FOR A REPLY.