Clerk's Office
United States District Court
300 E. Washington St., Rm 239
Greenville, S.C. 29601

RECEIVED
USDC, CLERK GREENVILLE, SC
2014 MAR 31 PM 12:38

March 24th, 2014

Dear Clerk's Office

Please find enclosed the Plaintiff's <u>Notice of Motion for Declaratory Judgment</u> & <u>Sworn Affidavit</u>, Exbit A-B-&C to be attached. Also Plaintiff is requesting that this honorable court would copy & serve apon the Defendants, due to Plaintiff's Denial of copies by the Defendants, Plaintiff is at mercy of this court for the Assistance. Also Please find the completion of U.S. Marshal Forms & Summons.

I humbly Thank You & Your office.

Mitchell Smith
2394 Browns Ferry Rd
Georgetown, SC.
29440