MITChell SUMPTER
2394 BROWNS FERRY RD,
GEORGETOWN, S.C.
29440

RECEIVED
USDC, CLERK GREENVILLE, SC
2014 MAR 31 PM 12:38

Clerk's OFFICE
United States District Court
300 E. Washington St., Room 239
Greenville, S.C. 29601

ITEM X-RAYED BY
USMS
962 3-31-14
Signature



02 1M
0004215547
MAILED FROM ZIPCODE 29440
$ 02.24⁰
MAR 27 2014
PITNEY BOWES
UNITED STATES POSTAGE

RECEIVED
USDC, CLERK GREENVILLE, SC
2014 MAR 31  PM 12: 38