IN THE UNITED STATES DISTRICT
CHARLESTON DIVISION

MR. MITCHELL SUMPTER,
MR. CHRISTOPHER BONDS,
MR. JASON BRATTON
MR. JAMARR JONES
MR. CORNELL GARY
MR. CEDRIC BROCKINGTON

V.S.

GEORGETOWN COUNTY Detention Center, A. Lane Cribb, Sheriff of Georgetown County, Micheal A. Schwartz Administrator, Major Morton, Capt. Wineglass, Lt. Anderson, Sgt. Harrison, Lt. Claret, Southern Health Partners, Nurse Connie, Nurse Doreen, Dr. Reeves, Chaplain Williams, Food Supervisors Walker, all Maintenance Staff, All I.T., all Sgts, all Corpals, all officers, ect al. ALL IN Their Individal Compacity, & offical compacity

Defendants

NOTICE OF MOTION FOR EMERGENCY COURT PURSUANT TO THE Federal Rules OF CIVIL PROCEEDURES & SWORN AFFIDAVITS

RECEIVED CLERK'S OFFICE
2014 JAN 13 A 10:00
DISTRICT COURT DISTRICT OF SOUTH CAROLINA

Hereby, MITCHELL LEE SUMPTER AND THE ABOVE PLAINTIFF/DETAINEE'S, MOVES before THIS HONORABLE COURT PURSUANT TO THE Federal Rules of CIVIL PROCEEDURES by WAY of MOTION of EMERGENCY COURT & SWORN AFFIDAVITS. THIS HONORABLE COURT HAS Judical DUTIES TO INTERVENE & SECURE THE SAFETY of ONE'S "DETAIN," who's Beleived TO be Denied his/her human RIGHTS, PROTECTED by THE UNITED STATES CONSTITUTIONS, 1st AMEND, 8th AMEND, 14th AMEND, 18 AMENDMENT & ECT. THAT FOLLOWS;.. DETAINEE'S ALSO SEEK REFUGE FROM

1 of 3

THE GEORGETOWN COUNTY Detention Center & OR IMMEDIATE RELEASE FROM ALL CRIMINAL PARTICULARS/CRIMES AS SOLE/SAID bY THE STATE OF SOUTH CAROLINA [COUNTY][MUNICI-PALITY] & OR otherwise GEORGETOWN, South CAROLINA.. THIS HONORABLE COURT IS the ONLY REMEDY & THIS MOTION FOR EMERGENCY COURT IS the ONLY REMEDY FOR IMMEDIATE APPROACH FOR THE DANGERS OF MALICE & CALLOUS CALLINGS FROM MITCHELL SUMPTER & other **DETAINEES** held **CAPTIVE** AT GEORGE-town County Detention Center.. DETAINEES SOLEY beleive & ARE IN HIGH HOPES & FAITH that THIS HONORABLE COURT would, "WILL" without A DOUBT INTERVENE & SECURE their SAFETY FROM A LIVING GERMINATE DISEASE, COMMONLY KNOWN & called "BLACK MOLD",.. Such DISEASE <FUNGUS> IS REPORTIVELY KNOWN to CAUSE RESPIAtory disfunction & IF NOT TREATED IN A TIMELY MANNER; MAY CAUSE other humanly Disfunctions &/OR DEATH...

MITCHELL SUMPTER & DETAINEES ARE ENtitled to Full Protection under THE UNITED STATES CONSTITUTIONS, THEREFORE MITCHELL SUMPTER &

2 of 3

EACH DETAINEE ARE SEEKING FULL Protection FROM Retailation by way of STATE Afficals, County Officals, Goverment Officals, City officals or any offical whom is acting under the color & creed Govern by our CONSTITUTIONAL RIGHTS.. THAT EACH Defendant Shall be held Responsible in his/her Individual compacity & offical compacity.. MITCHELL SUMPTER & DETAINEES ARE NOT CAPIABLE to afford LEGAL Representation & seek counsel Assistance appointted by the court.. Also seek Prompt Medical Attention, Fair Housing, Proper Feeding Free from THE "BLACK MOD" Disease, Appointted Psychatrist by the court & MITCHELL SUMPTER & EACH DETAINEE mention herewithin seek Physical Damages of $2,500.00 "Twenty Five Hundred Dollars" Per Each 24 hour DAY SPENT in Such contaminated Environment, $1,000,000.00 "ONE Million Dollars" for Future ILLNESS THAT MAY ACCRUE to be spread to Family, Friends, Foe's & others, THAT such Funds be used for Treatments & Recreation Purposes ect, $1,000,000.00 "ONE million Dollars" for the Mental Anguish sufferings & that such sums are to be paid to MITCHELL SUMPTER, & each DETAINEE SEPARATELY IN THE Full Amount mention Herewithin.......

# SWORN AFFIDAVIT

1. MY NAME IS MITCHELL LEE SUMPTER,
2. THAT I AM BEING HOUSED AT THAT GEORGETOWN COUNTY DETENTION CENTER,
3. THAT I AM HOUSED IN A CAGE LIVING ENVIRONMENT FOR MEDICAL & PROTECTIVE DETAINEES,
4. THAT I HAVE SERVAL CRACKED RIBS & ONE BROKEN RIB, THAT MY BACK IS MESSED UP & MY FINGERS ARE BROKEN & I HAVE A DISFUNCTIONAL KIDNEY. THAT I SUFFER FROM B.I. POLAR MIX-DISORDER & SUICIDAL. I HEAR **VOICES** & HAVE PANIC ATTACKS,
5. THAT I'VE BEEN HAVING HEADACHS, CHEST PAINS, ITCHES IN MY THROAT, SNEEZES THROUGHOUT THE DAY & NIGHT, ITCHES ALL OVER MY BODY, & FRIGHTMARES,
6. THAT I'VE NOTICE THAT THIS GEORGETOWN COUNTY DETENTION CENTER IS **INFESTED** WITH **BLACKMOLD, MILDEW**,
7. THAT TODAY JAN. 2nd, 2014 I WAS TAKEN TO MEDICAL TO HAVE BLOOD DRAWING BY NURSE CONNIE & TO BE SEEN BY DR. COLLEY & THERE IN MEDICAL IN PLAIN EYE VEIW IS **STREAKS** OF BLACKMOLD OVER THE WALLS & CEILINGS.
8. THAT I AM AFRAID FOR MY LIFE, BECAUSE I LIVED ON MYRTLE BEACH & IF A MOTEL OR HOTEL HAS BEDBUGS OR BLACKMOLD

1 OF 2

S/Mitchell Sumpter

IT IS AGhast & IS Automatically "condemed" closed & Torn Down by THE CITY..

9. THAT THE STAFF HERE ARE TOTAL AWARE of of this outbreak of LIVING FUNGUS DISEASE, THAT AT TIMES They SPRAY Body colognes & Perfumes to cover up the odorus smell of Mild DEW from the BLACKMOID,.

10. THAT I'VE WROTE TO serval STAFF members about this FUNGUS APON GRIEVANCES & Request forms yet I've NOT Received a Response, FROM CAPT. WINE GLASS, A. LANE CRIBB, DR. REEVES, & Micheal A. Schwartz

11. THAT I AM AFRAID IF I LIVE Through THIS ordeal, THAT I MAY SPREAD THIS fungus to MY childern & FAMILY.

12. THAT THE Food here AT G.C.DC. is being Served cold & on Rubber Like Plastic Trays that WERE banned BY DHEC & NEVER IN A HOT BOX, THerefore I'AM EATING this LIVING FUNGUS.

13. THAT MYSELF & OTHER DETAINEE'S have Gathered up Factual EVIDENCE of this Blackmold/mildDEW IN DUE Respect To Prove our claim To THIS Honorable Court & we SEEK immediate Releif, Judgement IN Our FAVOR ON All Grounds.

14. THAT I MITCHELL LEE SUMPTER #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, Swear under Oath THAT THE Above is THE TRUTH TO THE BEST of MY Knowledge ON THIS Month JAN. DAY 2nd YEAR 2014..

S/Mitchell L Sumpter

2 of 2

# CAUTION
# BLACK MOLD

## C-UNIT
## GEORGETOWN COUNTY DETENTION CENTER



Samples Cage-3- Exhibit A

Sample Cage-1- Exhibit B

Sample Cage 2 Exhibit C

Sample Day Room B

Sample Dayroom C-Table

To U.S. District Court
85 Broad Street
Charleston S.C.
29401

Jan 7th, 2014

To Whom It May Concern:

Please take Notice that enclosed is/are The Original Documents Written by the Detainees Housed at Georgetown County Detention Center. Notice of **EMERGENCY** Court Sworn Affidavits of each Detainee Evidence of Black Mold Exhibit (A)(B)(C) Dayroom (B) & (C)

Detainees are Requesting that this Honorable Court would Forward each Detainee Copies of all which is Forward to the Court. Due to Fear of Retailation & destroying of such litigation. Detainees FEARED Requesting for Copies.

Also Detainee, Mitchell Sumpter's #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 Notice of Emergency Court & Sworn Affidavit which is an **SEPARATE** Suit No# Pages 1 of 5

Mitchell Sumpter
2394 Browns Ferry Rd.
Georgetown, S.C. 29440

(Stamp: RECEIVED CLERK'S OFFICE 2014 JAN 13 A 10:00 DISTRICT COURT DISTRICT OF SOUTH CAROLINA)

Mr. Mitchell Lee Sumpter
2394 Browns Ferry Rd.
Georgetown, S.C. 29440



CHARLESTON SC 294
THU 09 JAN 2014 PM

ITEM X-RAYED
BY USMS
1-13-14
PS

U.S. District Court
85 Broad Street
Charleston, South Carolina
29401



2014 JAN 13 A 10:00
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC
RECEIVED CLERK'S OFFICE



Georgetown County Detention
Center will Not Accept or
Send any Mail Containing
Gang-Related Material.

GEORGETOWN COUNTY DETENTION CENTER
MICHAEL A. SCHWARTZ - ADMINISTRATOR

THE GEORGETOWN COUNTY DETENTION CENTER
HAS NEITHER CENSORED NOR INSPECTED THIS
ITEM. THEREFORE, THE DETENTION CENTER
IS NOT RESPONSIBLE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Mitchell Sumpter ) Civil Action No. 8-14-180-JFA-JDA
[Enter the full name of the plaintiff in this action] ) (to be assigned by Clerk)
)
) **C O M P L A I N T**
v. ) **State Prisoner**
)
Georgetown County Detention Center )
)
ET AL )
)
In Their Individual Capacity and )
)
Official Capacity )
)
Trail by Jury )
Enter above the full name of defendant(s) in this action )

USDC, CLERK GREENVILLE, SC
RECEIVED
2014 MAR -6 AM 11:38

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     Yes_____     No ✓

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

      1. Parties to this previous lawsuit:

         Plaintiff: N/A

         Defendant(s): N/A

      2. Court: N/A
         (If federal court, name the district; if state court, name the county)

      3. Docket Number: N/A

      4. Name(s) of Judge(s) to whom case was assigned: N/A

      5. Disposition: N/A
         (For example, was the case dismissed? Appealed? Pending?)

      6. Approximate date of filing lawsuit: N/A

      7. Approximate date of disposition: N/A

Complaint - State Prisoner
Revised May 9, 2013

CA NO# 8-14-180-JFA-JDA

II. PLACE OF PRESENT CONFINEMENT
   A. Name of Prison/Jail/Institution: GEORGETOWN County Detention CENTER
   B. What are the issues that you are attempting to litigate in the above-captioned case? CRUEL & UNUSUAL PUNISHMENT / FIRE & Safety HAZZARD / Pollution
   C. (1) Is there a prisoner grievance procedure in this institution?   Yes ✓   No____
      (2) Did you file a grievance concerning the claims you are raising in this matter?   Yes ✓   No____
         When DEC. 2013/JAN. 2014   Grievance Number (if available) N/A
   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)?   Yes____   No ✓
   E. When was the final agency/departmental/institutional answer or determination received by you? N/A

   If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?   Yes ✓   No____
   G. If your answer is YES:
      1. What steps did you take? WROTE GRIEVANCES TO CAPT. WINEGLASS & TO Other STAFF
      2. What was the result? NO Response APON GRIEVANCES / BUT Did Receive my cell wipe.

III. PARTIES

In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.

   A. Name of Plaintiff: MITCHELL Lee Sumpter   Inmate No.:_____
      Address: GeorgeTown County Detention center 2394 Browns Ferry Rd. Georgetown SC. 29440

   In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.

   B. Name of Defendant: Georgetown County Detention Center   Position:_____
      Place of Employment: Georgetown County Detention Center 2394 BrownsFerryRD. Georgetown SC. 29440
   C. Additional Defendants (provide the same information for each defendant as listed in Item B above):
      A. LANE Cribb, Sherriff of Georgetown County 430 NORTH Frasier Street Georgetown, S.C. 29440
      See Attached sheet →

Complaint - State Prisoner
Revised May 9, 2013

Continued III parties 'C'

Major Morton  
Capt Wineglass  
1st Sgt Wragg  
1st Clairey  
Lt Anderson  
Sgt Harris  
Sgt Harrison  
Sgt Dryer  
Sgt Williams  
off Poincet  
off Manor  
off Gibbs  
off Oliver  
off Perez  
Nurse Connie  
Nurse Doreen  
Cheif Schwartz  
off Robinson  
off Matthews  
off Washinton  
Sargent Teeter  
Chaplain Williams  
Mr Walker (Kictchen Supervisor)  
Mr Martin (Maintance)  
Dr Reeves  

C/A no  
8-14-CV-180-JFA-JDA

Georgetown County Detention Center  
2394 Browns Ferry Rd.  
Georgetown SC. 29440

IV. STATEMENT OF CLAIM          C/A NO. 8-14-180-JFA-JDA

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

(1) ON NOV. 29th 2013 I WAS Transfer From Mytrle BEAch Jail to Georgetown County Detention Center for serval changes, AND which I WAS placed IN A medical Protetive custody unit C-3 (2) THAT I Began to Itch, HAVE head AcheS, chest PAINS, NOSE bleeds, shortness of Breath, & I Reported my complaints to Medical who denied me ANY treatment. (3) THAT I WROTE TO STAFF, YET I Did NOT Receive ANY Response, BuT I complained so much that ONE officer MANOR sent AN Inmate worker to My cell ON JAN. 14, 2014 who only wiped A spot off the ceiling. (4) THAT I complained to My cell MATE & he told me THAT I WAS breathing BlACK MolD, AND THAT Every ofc. here AT GCDC Knew About this Germ but they Ain't gone to Do Nothing. (5) AS The days PASS All I would Do would feel SAD & DOWN because This Blackmold IS Everywhere, IN OUR DAYROOM → Growing Through the Blocks, ON our DAYROOM DINNER Table, over the ceiling. I would become afraid to EAT out the TRAYS because They Are Rubber & held WATER INSide Them. (6) I someTime could not sleep due To my Frights & I became very Depress.. (7) AGAIN I went to medical to see A Mental Health Doctor & I told Him About This Issue & I showed him the Blackmold IN the medical unit! This where the NURSES DRAW OUR Blood with needles & Treat us mostly, "I Could NOT

IV. STATEMENT OF CLAIM - continued.     C/A No# 8-14-180-JFA-JDA

Beleive THAT Medical would Allow a known Living Germ visiable To The Eyes to Exist in the medical ward! (8) THAT I am being voilated by cruel & unusual Punishment 8th amendment, 14th amendment because I am A citizen & I am being deprived of Life & Equal Protection of the Laws & 18th & 11th amendment. (9) THAT Each Offical Named in this 1983 is working under the color & code of this S.C. STATE in U.S.A. & should be held Accountable for my Fears & safety. (10) THAT It is Exstremely hard for me & other Detainees to Address court issues & know what we are being held in Jail for because we are being denied proper Access to the courts. There is NO Legal Cart which carry the (code ANN) (U.S. Titles) (Federal & State Laws). We CAN-NOT Write A staff Here At G.C.D.C. AND Ask for any kink of Refence concerning A Legal case Law to Assist us with a case, Yet we can only write Capt. Wineglass who will Try to find us certain things on the computer. A Refence Cart or Law Library Refence Room is very much more Effective to assist & should be a number #1 in any county Jail & should be Essential to Georgetown County Detention Center beings that Georgetown county only have two (2) public Defenders to Represent thier Entire county. Housing over 200 detainees → Forcing Detainees to plea Guilty; by Lack of knowledge of Law Violation of article 21 of the const..

V. **RELIEF**   C/A NO# 8-14-180-JFA-JDA

*State briefly and exactly what you want the court to do for you.*

This Detention Center (GCDC) should be TORN DOWN for it's Black-Mold OUT Break. That there should be a Legal cant/visa Law Library for all Detainees in G.C.D.C.. That I should be tested & treated for the inhaling of this Germ. That I should be treated by a mental Doctor for my fears. THAT for Each Day Held at GCDC I should receive $2,500.00 Twenty Five Hun. Dollars Each Day forced to Live under these physical conditions; $2,500.00 Twenty Five Hun. Dollars for Each DAY I've been mentally challenged by the Blackmold & for my mental Anguish. 1 million Dollars for my Pain & suffering (1,000,000.00) AND 2 million Dollars for Punitive Damage. Plaintiff is also Requesting Declaratory Judgment by Right of Law his (Access to the courts) & by (Physical Evidence of the Black mold) which violates Detainee Rights free from cruel & UNUSUAL punishment and should be Granted summary Judgment on all Issues raised & each & every claim herein should be taken as a matter of Law as True/contrue; Also Detainee seeks Release from the conditions of his confinement ASAP. - MLS

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **3rd** day of **March**, 20 **14**.

_Mitchell Sumpter MLS._
*Signature of Plaintiff*

Complaint - State Prisoner
Revised May 9, 2013

# Georgetown County Detention Center

## ACCOUNT SUMMARY

**Inmate ID:** [redacted]
**Inmate Name:** MITCHELL LEE SUMPTER
**Inmate Location:** ~~G BLOCK C3~~ H8
**Report Date:** 2/4/2014

```
Date       Amount  Description                        Comment
--------   ------  ---------------------------------  ------------------------
12/18/13   -1.00   Medical (400301)
12/15/13   -2.00   Medical (400301)                   Repaying inmate debt
12/15/13   -4.00   Medical (400301)                   Repaying inmate debt
12/15/13    7.00   Kiosk Cash Holding Account (1001
           ------
 Total:     0.00
```

*Total medical transactions $7.00* [handwritten]

1

MITCHELL SUMPTER
G.C.DC F-5
2394 Browns Ferry R.D.
Georgetown, S.C. 29440

Clerk's Office
United States District Court
300 E. Washington St., Rm 239
Greenville, S.C. 29601



MITCHELL SUMPTER
G.C.DC F-5
2394 Browns Ferry R.D.
Georgetown, S.C. 29440

Clerk's Office
UNITED STATES DISTRICT COURT
300 E. Washington St., Rm 239
Greenville, S.C. 29601



RECEIVED
USDC, CLERK GREENVILLE, SC
2014 MAR -6  AM 11:38



02 1M
0004215547
MAILED FROM ZIP CODE 29440
$ 02.24⁰
MAR 04 2014
PITNEY BOWES

RECEIVED
USDC. CLERK GREENVILLE, SC
2014 MAR -6  AM 11:38