UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Mitchell Sumpter, | ) | C/A No.  8:14-180-JFA-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| A. Lane Cribb, et al. | ) | |
| Defendants. | ) | |
| _____ | ) | |

The *pro se* plaintiff, Mitchell Sumpter, brings this action pursuant to 42 U.S.C. § 1983 alleging various violations of his constitutional rights with regard to his conditions of confinement. He contends that black mold infestation at the Georgetown County Detention Center (GCDC) where he is housed threatens his health and that the defendants have been deliberately indifferent to his serious medical needs.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein she suggests that this court should grant the motion for summary judgment filed by defendants Nurse Connie, Nurse Dorean, and Dr. Reeves. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on August 20, 2014. However, the plaintiff did not file objections and the time within which to do so has now expired. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Magistrate Judge correctly opines that the moving defendants (Nurse Connie, Nurse Dorean, and Dr. Reeves) should be dismissed. In response to this motion, plaintiff filed a motion to dismiss these defendants as well. As the plaintiff has not opposed the motion for summary judgment, the Magistrate Judge suggests the motion should be granted.

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds that the Magistrate Judge's recommendation is proper and incorporates it herein by reference. Accordingly, the motion for summary judgment by defendants Nurse Connie, Nurse Dorean, and Dr. Reeves (ECF No. 83) is granted. Plaintiff's motion to dismiss these defendants (ECF No. 93) is granted as well.

This matter shall be returned to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

September 18, 2014
Columbia, South Carolina