IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mitchell Sumpter, ) | Civil Action No. 8:14-180-MGL |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| A. Lane Crib, *et al.*, ) | |
| Defendants. ) | |

Plaintiff Mitchell Sumpter, ("Plaintiff"), an inmate proceeding *pro se* and *in forma pauperis*, filed the instant action pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 and 25). In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Jacquelyn D. Austin for pre-trial handling.

On May 1, 2015, the Magistrate Judge issued a Report and Recommendation, ("the Report"), (ECF No. 137), recommending that this Court grant Defendants' Motion for Summary Judgment. (ECF No. 124). Objections to the Report were due by May 18, 2015. Plaintiff did not file any objections to the Report. The matter is now ripe for review by this Court.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). In the absence of a timely filed Objection, a district court need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record

in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Applying the above standards to the instant matter, the Court has carefully reviewed the record, applicable law, and the Magistrate Judge's Report, (ECF No. 137), and finding no clear error in the Report, the Court adopts and incorporates it by reference. Defendants' Motion for Summary Judgment, (ECF No. 124), is thereby **GRANTED** and this action is **DISMISSED**.

**IT IS SO ORDERED.**

s/Mary G. Lewis<br>United States District Judge

May 27, 2015
Columbia, South Carolina